FELICITE S. RIDDLE, Respondent, *v.* BERNARR A. MACFADDEN, Appellant, Impleaded with Another.

Reported below, 130 App. Div. 898.
(Argued January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the unauthorized publication of plaintiff's portrait.

The motion was made upon the ground that the appeal was not taken within the time required by law.

*Rufus L. Weaver* for motion.

*Paris S. Russell* opposed.

Motion denied, without costs, but without prejudice to an application on the argument to dismiss the appeal for lack of permission.

JOHN BEATTIE et al., as Executors and Trustees under the Will of JOHN BEATTIE, Deceased, Respondents, *v.* THE NEW YORK AND LONG ISLAND CONSTRUCTION COMPANY, Appellant.

(Submitted December 13, 1909; decided January 11, 1910.)

Motion for re-argument denied, with ten dollars costs. (See *196 N. Y. 346.*)